UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> LOFTIN, Corey James <br> Defendant. | Magistrate Case No.: **'11MJ1477** <br><br> COMPLAINT FOR VIOLATIONS OF <br> Title 18 U.S.C. § 2252 <br> Receipt of Images of Minors Engaged in <br> Sexually Explicit Conduct <br> (Felony) |

The undersigned complainant being duly sworn states:

On or about and between November 2009 and April 29, 2011, within the Southern District of California, defendant Corey James LOFTIN did knowingly receive visual depictions, that is digital and computer images, using any means and facility of interstate and foreign commerce and that had been mailed, shipped and transported in or affecting interstate and foreign commerce, and which were produced using materials which have been mailed, shipped and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depictions were of such conduct, in violation of Title 18, United States Code, Section 2252(a)(2).

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Christopher I. Mercado
Special Agent
Homeland Security Investigations

Sworn to before me and subscribed in my presence, this 29 day of April 2011.

U.S. MAGISTRATE JUDGE

DOA 4/29/11 PEF

## PROBABLE CAUSE STATEMENT

I am a Special Agent with Homeland Security Investigations (HSI), assigned to the Office of the Special Agent in Charge (SAC), San Diego, since July, 2009. I am currently assigned to the HSI SAC San Diego, Cyber Crimes Group (CCG) and am a full time member of the Internet Crimes Against Children (ICAC) task force in San Diego, CA. As part of my duties with the ICAC, I investigate criminal violations relating to the child exploitation and child pornography including violations pertaining to the illegal production, distribution, receipt, and possession of child pornography, in violation of 18 U.S.C. §§ 2251 and 2252(a).

In April 2011, HSI SAC San Diego Cyber Group received information from HSI Resident Agent in Charge Harrisburg, Pennsylvania. The information revealed that a male subject in Pennsylvania had produced images of him sexually molesting 2 children (both approx. 9 years of age) and transmitted those images via Internet to a person residing in San Diego County. Further investigation revealed that the person who received the images was Corey James LOFTIN. Based upon the investigation, a federal search warrant was obtained on April 28, 2011 and executed on April 29, 2011. LOFTIN's computer was searched using forensically sound software and revealed multiple images of the male subject in Pennsylvania sexually molesting the two children. Several images are described as follows:

**Image 1:** DSCN3708.JPG
**Path:** /Documents and Settings/Beowulf/Desktop/temp/DSCN3708.JPG
**Description:** This image depicts a prepubescent female sitting down with her legs spread apart exposing her vagina. An adult male is digitally penetrating her vagina with his right index finger.

**Image 2:** DSCN4301.JPG
**Path:** /Documents and Settings/Beowulf/Desktop/temp/DSCN4301.JPG
**Description:** This image depicts a prepubescent female sitting on a toilet with her legs spread apart. The child is wearing light blue 'Hello Kitty' panties. Her panties are being pulled to the side exposing her vagina.

**Image 3:** DSCN4310.JPG
**Path:** /Documents and Settings/Beowulf/Desktop/temp/DSCN3688.JPG
**Description:** This image depicts a prepubescent female sitting down with her legs spread apart exposing her vagina. An adult male is spreading open her vagina with his left index and middle finger.

The prepubescent female child depicted in the aforementioned images is identified as one of the 9 year old victims of the male subject in Pennsylvania.

Further investigation revealed that Loftin actively chatted with the male subject in Pennsylvania and had sent images of himself engaged in sexual conduct. Some of the images are described below:

*Hash Value - 5deb5c2be527ac480d0c46500de822c7*

    This video is a 1min 28sec video where the male identified as "Corey" addresses "Angel". During the course of this video "Corey" appears fully nude with an erect penis. "Corey" then says "I think you're pretty sexy too….and your girls' too….oh yeah, especially them".

**C:\Users\The Charmer\Videos\Corey vids\MOV05195.MPG**

*Hash Value - 8e1a784cc8af909e367d818202800ee1*

    This video is a 53sec video where the male identified as "Corey" is showing off a short hair cut. He starts off by haying "Hi Cutie". He asks about cheerleading and makes reference to seeing video of someone participating and getting first place in a cheerleading competition. "Corey" makes reference to chatting with this person on web cam and that they should do it more often. At the end "Corey" says "I hope you like this" referring to his appearance without a shirt on.

**C:\Users\The Charmer\Videos\Corey vids\MOV05171.MPG**

*Hash Value - 0745072918951d72823e412a6dfe2181*

    This video is 5min 8sec video where the male identified as "Corey" penetrates his anus digitally and with a device.

**C:\Users\The Charmer\Videos\Corey vids\butt.MPG**

*Hash Value - b3f9d853b06acd4a251b1ddd209b98b7*

    This video is a 1min 31sec video where the male identified as "Corey" starts the video off by saying "Hi [child's name]…I heard you like when I first made you a video so I'm making you another one". (This child was identified as Child #2, the daughter of BONSIGNORE's girlfriend) "Corey" then references "Mike" in that he received information about [child's name] from "Mike". (*PA State Police*

*Investigators know that "Mike" is Michael Izadore Bonsignore, DOB: 02/24/1967)* "Corey" then tells [child's name] that cheerleading will "keep her body in great shape and look really awesome". "Corey" then tells [child's name] that he was looking at pictures of her cousin "Kristal that Mike took for me". (This child is Child #1, the biological daughter of Michael Bonsignore) "Corey" says "She is so adorable....you know what's great about her...she is so free with her body like....have you ever seen her when she is on camera with me....she always like lifts her shirt and stuff...and shows me her chest....that's so awesome....cause she's really cute...and you know you can do that sometimes if you want...cause you're really cute too and that would be awesome. "Corey" then says "check my body out" as he rubs his hands over his body. "Corey" then says "check my butt" and pulls his pants down exposing his buttocks. He then turns to the front exposing his genitals to the camera. "Corey" then says "bye bye hope you like this one too" and blows a kiss at the camera.

C:\Users\The Charmer\Videos\Corey vids\MOV04954.MPG

*Hash Value - 60754022c8e151830a9bdbc950e0f69b*

This video is a 1min 7sec video where the male identified as "Corey" appears in only a pair of boxer shorts. He starts off the video by saying "Hi [child's name]...I'm making this video just for you because I am so exited to finally get to meet you....I'm doing everything I can to raise the money so I can finally move out there and meet you in person. "Corey" then says "you are so cute I just cannot stand it ....you have that awesome cute little butt, I just want to grab it and bite it".......I'm really glad that we get a chance to chat on cam on my computer....that is just so cool even though you're so far away we can still ...ahhh....talk to each other...that's really cool....but soon we'll be together for real and we can play and everything...that will be awesome.

Further investigation revealed LOFTIN worked at the Cuyamaca College Child Development Center for about a year and currently had online babysitting ads through sittercity.com. He currently works at a local pre-school.

Christopher I. Mercado
Special Agent