FILED

11 MAY 11 PM 3:12

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2010 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. __11 CR 1895 JLS__ |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 18, U.S.C., Sec. 2422(b) - Enticement of a Minor; Title 18, U.S.C., Sec. 2252(a)(2)- Receipt of Images of Minors Engaged in Sexually Explicit Conduct; |
| COREY JAMES LOFTIN, aka ChibiRyuu9, | |
| Defendant. | Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 18, U.S.C., Secs. 2253(a)(3) and 2428 - Criminal Forfeiture |

The grand jury charges:

### Count 1

From on or about 2008 to April 29, 2011, within the Southern District of California, the defendant, COREY JAMES LOFTIN, aka ChibiRyuu9, using any facility and means of interstate and foreign commerce, including the mail, telephone and by computer, did knowingly persuade, induce, entice, and coerce, an individual under the age of 18 years, to engage in unlawful sexual activity for which a person can be charged with a criminal offense; in violation of Title 18, United States Code, Section 2422(b), and Title 18, United States Code, Section 2.

//

APS:lml:San Diego
5/11/11

Count 2

From on or about 2008 to April 29, 2011, within the Southern District of California, defendant COREY JAMES LOFTIN, aka ChibiRyuu9, did knowingly receive visual depictions using any means and facility of interstate and foreign commerce, that had been mailed, shipped and transported in and affecting interstate and foreign commerce, and which contains materials which have been mailed, shipped and transported, by any means including by computer, the production of such visual depictions having involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(2), and Title 18, United States Code, Section 2.

FORFEITURE ALLEGATION

1.  The allegations contained in Counts 1 and 2 of this Indictment are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Sections 2253(a)(3) and 2428.

2.  Upon conviction of one or more of the offenses alleged in Counts 1 and 2, which involve violations of Title 18, United States Code, Sections 2252(a)(2) and 2422(b), defendant COREY JAMES LOFTIN, aka ChibiRyuu9, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253(a)(3) and 2428 all right, title and interest in any property, real or personal, used or intended to be used to commit or to promote the commission of said offense, including but not limited to the following personal property:

//

2

---

a. One (1) Western Digital hard drive, serial number WMAP41184033;

b. One (1) Western Digital Caviar hard drive, serial number WMAAN1342419;

c. One (1) Samsung cell phone SGH-T469, serial number RQMS873356J;

d. One (1) Sony camera DSC-H2, serial number 3617573.

3. If any of the forfeitable property described above in Paragraph 2, as a result of any act or omission of the defendant,

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 18, United States Code, Section 2253(o), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above in Paragraph 2.

All pursuant to Title 18, United States Code, Sections 2253(a)(3) and 2428.

DATED: May 11, 2011.

A TRUE BILL:

_____
Foreperson

LAURA E. DUFFY
United States Attorney

By: _____
ALESSANDRA P. SERANO
Assistant U.S. Attorney

3